UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM E. POWELL,<br><br>    Plaintiff,<br><br>       v.<br><br>SOCIAL SECURITY ADMINISTRATION,<br><br>    Defendant. | Civil Action No. 19-44 (JEB) |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, the Court ORDERS that:

1. Defendant's Motion to Dismiss or, in the alternative, for Summary Judgment is GRANTED; and

2. Judgment is ENTERED for Defendant.

IT IS SO ORDERED.

/s/ *James E. Boasberg*
JAMES E. BOASBERG
United States District Judge

Date: July 5, 2019